```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42471
    PEARLEAN D JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4669


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/16/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/26/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
NUVELL CREDIT CO LLC     SECURED          12600.00       1914.15     12600.00
NUVELL CREDIT CO LLC     NOTICE ONLY     NOT FILED          .00           .00
NUVELL CREDIT CO LLC     UNSECURED         9906.91          .00        990.69
ASSET ACCEPTANCE CORP    UNSECURED          615.39          .00         61.54
ASSET ACCEPTANCE CORP    UNSECURED          354.44          .00         35.44
NUVELL CREDIT CO LLC                     NOT FILED          .00           .00
SCHEINBAUM & WEST        DEBTOR ATTY       2,594.00                   2,594.00
TOM VAUGHN               TRUSTEE                                      1,151.89
DEBTOR REFUND            REFUND                                         516.29

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               19,864.00

PRIORITY                                            .00
SECURED                                       12,600.00
     INTEREST                                  1,914.15
UNSECURED                                      1,087.67
ADMINISTRATIVE                                 2,594.00
TRUSTEE COMPENSATION                           1,151.89
DEBTOR REFUND                                    516.29
                    --------------        --------------
TOTALS                19,864.00               19,864.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42471 PEARLEAN D JONES

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE